UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEEBA HARRIS,

                        Petitioner,

          -against-

PIKE COUNTY COURT OF COMMON
PLEAS; UNAUTHORIZED PERSON
HAVING CUSTODY OF PETITIONER,

                       Respondents.

20-CV-3987 (LLS)

TRANSFER ORDER

LOUIS L. STANTON, United States District Judge:

      Petitioner Keeba Harris, currently detained in the Pike County Correctional Facility on charges pending in the Pike County Court of Common Pleas (ECF No. 1 at 86),[1] brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. She asserts that she is being "illegally and unlawfully incarcerated." (*Id.* at 2.)

      "For the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." 28 U.S.C. § 1404(a). Because Petitioner is detained in Pike County, Pennsylvania, which is located in the Middle District of Pennsylvania, *see* 28 U.S.C. § 118(b), the Court transfers this action to the United States District Court for the Middle District of Pennsylvania.

**CONCLUSION**

      The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

      The Clerk of Court is further directed to transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Middle District of Pennsylvania. Whether

---

[1] Page numbers refer to those generated by the Court's electronic case filing system.

Petitioner should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. This order closes this case.

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

SO ORDERED.

Dated:    June 8, 2020
       New York, New York

*Louis L. Stanton*
               Louis L. Stanton
                U.S.D.J.